UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VELLANO BROS., INC,

Plaintiff

v.

HANOVER INSURANCE COMPANY,

Defendant.

Dkt. No. 1:06-cv-00546-T-LDA

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Vellano Bros., Inc., hereby moves that Deborah S. Griffin be admitted *Pro Hac Vice* in the above case as counsel with local counsel identified below.

VELLANO BROS., INC., Plaintiff

By: William E. O'Gara
Bar ID No.: 4257

Pannone Lopes Devereaux LLC, 1800 Financial Plaza, Providence, RI 02903
Dated: February 7, 2007

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bars of the States of Massachusetts and New York and of the following Federal District Court and/or Court of Appeals Bars, United States District Court for the District of Massachusetts and United States District Court for the Southern District of New York, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local counsel as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

*/s/ Deborah S. Griffin*
(Signature of Pro Hac Vice Applicant)
Deborah S. Griffin
State Bar ID #211460
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ William E. O'Gara
(Signature of Local Counsel)
William E. O'Gara, Esq.
R.I. Bar ID #4257
Pannone Lopes Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
Tel: (401) 824-5117
Fax: (401) 824-5123

---

**ORDER**

This motion is here ________________________________________.

______________________________
(District Judge)

Date:

# 4340270_v1
110880.00002