UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VELLANO BROS., INC, Plaintiff<br>v.<br>HANOVER INSURANCE COMPANY, Defendant. | Civil Action 06-546T-LDA |

**JOINT STATEMENT ON SCHEDULING**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rules 16 and 26, the parties submit the following statement and proposed schedule.

The parties conferred on April 9, 2007, and considered the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, and all other issues stated in Fed. R . Civ. P. 26(f) and Local Rule 16(b).

The parties have agreed to exchange initial disclosures by May 4, 2007.

The parties propose the following discovery plan and pretrial schedule:

A. Joint Discovery Plan

1. All fact discovery shall close by July 27, 2007.

2. The parties shall simultaneously exchange written expert reports and other disclosures required by Fed. R. Civ. P. 16(b) at noon on September 14, 2007.

3. The parties shall simultaneously exchange written rebuttal expert reports no later than noon on October 12, 2007.

4. Depositions of experts shall be concluded by November 16, 2007.

5. No changes in the limitations on discovery are needed.

B. Proposed Schedule of Filing of Motions

1. The parties propose that all dispositive motions shall be filed by December 21, 2007.

2. Oppositions to dispositive motions shall be served 3 weeks after service of the motion.

3. The moving party may file a reply 2 weeks after service of the opposition.

C. Extensions of Time

The parties request that the Court permit them to stipulate to a modest extension of deadlines outlined above if circumstances warrant such an extension.

D. Trial by Magistrate Judge

The parties will not consent to trial by magistrate judge.

Dated: April __, 2007.

Respectfully submitted,

**Plaintiff**

Vellano Bros., Inc.

By its attorneys,

/s/ William E. O'Gara____
William E. O'Gara, Esq.
Pannone Lopes Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5117
Fax: (401) 824-5123

Deborah S. Griffin, Esq. (pro hac vice)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

**Defendant**

Hanover Insurance Company
By its attorneys,

/s/ _ John P. Connelly_____

John P. Connelly, Esq. (pro hac vice)
Kevin Cain, Esq., RI Bar No. 3960
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
Tel: (617) 951-2100
Fax: (617) 951-2125

# 4251801_v1