UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VELLANO BROS., INC,<br><br>Plaintiff<br><br>v.<br><br>HANOVER INSURANCE COMPANY,<br><br>Defendant. | Civil Action 06-546T-LDA |

**PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, Vellano Bros,, Inc., ("Vellano"), by its undersigned attorneys, hereby makes its required initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure.[1] Capitalized terms not defined herein have the definitions ascribed to them in the Complaint.

1. Individuals Likely to Have Discoverable Information

Based on Vellano's investigation of the matter to date, the following individuals are likely to have discoverable information that Vellano may use to support its claims or defenses, except solely for impeachment. Vellano has grouped the individuals identified by type of information they are believed to know:

1. Issuance of the Bond:
   a. The signatories to the Bond, identified therein
2. Vellano's contract with South Shore Utility Contractors, Inc. ("South Shore"):
   a. Robert F. McCarthy, Secretary
      Vellano Bros., Inc.

[1] The individuals, documents and other materials and information identified herein are disclosed subject to all applicable privileges. Progressive specifically reserve the right to assert any such privilege at the appropriate time.

7 Hemlock St.
Latham, NY 12110

b. Michael Vellano, N.E Sales Director
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

c. Lori Lake, Credit Manager
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

d. William Percival, Branch Manager

Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

e. Ken Difonzo, Sales Person

Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

3. Vellano's sales to South Shore:

a. Robert F. McCarthy, Secretary
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

b. Michael Vellano, N.E Sales Director
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

c. Lori Lake Credit, Manager
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

d. William Percival, Branch Manager

Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

e. Ken Difonzo, Sales Person

Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

4. South Shore's account with Vellano, including payments received and application of payments against particular invoices:

a. Robert F. McCarthy, Secretary.
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

b. Lori Lake
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

c. Anthony F. Rosciti
South Shore Utility Contractors, Inc.
current address unknown.

5. Vellano's lack of knowledge as to the sources of payments received from South Shore:

a. Robert F. McCarthy, Sec.
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

b. Michael Vellano, N.E. Sale Director
Vellano Bros., Inc
7 Hemlock St.
Latham, NY 12110

c. Lori Lake
Vellano Bros., Inc.
7 Hemlock St.
Latham, NY 12110

6. Vellano's satisfaction of conditions precedent to suit::

a. Robert F. McCarthy, Sec
Vellano Bros., Inc
7 Hemlock St.
Latham, NY 12110

b. Joseph P. Quinn
Bond Claim Counsel
The Hanover Insurance Group
440 Lincoln St.
Worcester, MA 01653
508-855-4873

7. Vellano's communications with Hanover concerning the bond claim, and Hanover's commission of unfair claims settlement practices:

a. Robert F. McCarthy, Secretary
Vellano Bros., Inc
7 Hemlock St.
Latham, NY 12110

b. Joseph P. Quinn
Bond Claim Counsel
The Hanover Insurance Group
440 Lincoln St.
Worcester, MA 01653
508-855-4873

2. Categories of Documents, Data Compilations or Tangible Things

Vellano will produce non-privileged documents and things, and, if requested, reasonably accessible electronic information, in its possession, custody or control relating to the issues in this matter, at a time and place mutually convenient for the parties. Other documents that Vellano may use to support its claims or defenses may be in the possession of one or more of the persons with information, listed above.

Vellano further states that the business records of South Shore are believed to be in the possession of a state court receiver. Vellano reserves the right to supplement this disclosure upon obtaining additional documents or tangible things during the course of discovery.

3. Computation of Damages

| | |
|---|---|
| Principal amount of unpaid invoices | $755,725.00 |
| Interest and service charges accruing prior to 3/20/2006 | TBD |

| | |
|---|---|
| Interest and service charges accruing from 3/20/2006 to 12/15/2006 (date of filing of complaint) | $100,626.30 |
| Additional pre-judgment interest from 12/15/2006 accruing at $372.69 per day | TBD |
| Attorneys' fees | TBD |
| Double or treble damages | TBD |

4. Insurance Agreements Available to Satisfy Judgment

Vellano is not aware of any insurance agreement that might be available to satisfy a judgment in this matter.

Respectfully submitted,

Vellano Bros., Inc.

By its attorneys,

/s/ William E. O'Gara____
William E. O'Gara, Esq.
Pannone Lopes Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5117
Fax: (401) 824-5123

/s/ Deborah S. Griffin
Deborah S. Griffin, Esq. (pro hac vice)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

CERTIFICATE OF SERVICE

I, Deborah S. Griffin, counsel to the Vellano in the above-captioned proceeding, hereby certify that on this 4th day of May, 2007, served a copy of the foregoing electronically upon all counsel of record.

/s/ Deborah S. Griffin___