UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VELLANO BROS., INC,

Plaintiff

v.

HANOVER INSURANCE COMPANY,

Defendant.

Civil Action 06-546T-LDA

**PLAINTIFF'S STATEMENT OF CLAIMS**

Plaintiff Vellano Bros, Inc., hereby states, pursuant to Local Rule 16(c), its list of the elements that must be proven in order for it to prevail on its claims:

1. Created by Count 1 – Enforcement of Payment Bond

a. Defendant issued the bond as surety on behalf of the bond principal for the project.

b. Plaintiff had a direct contract with the bond principal for supply of materials to the project.

c. Plaintiff supplied materials to the bond principal for the project.

d. The bond principal did not promptly make payment for all sums due to the plaintiff for the materials.

e. The amount owed.

f. Plaintiff complied with all conditions precedent to making a claim, i.e., giving notice to the person identified in the bond as "owner," stating that a claim is being made under the bond and, with substantial accuracy, the amount of the claim.

2. <u>Count 2 – Mass. G.L. Ch. 93A</u>

a. Defendant committed unfair and deceptive trade practices and in violation of Mass. G.L c. 93A, including but not limited to violations of Rhode Island's Unfair Claim Settlement Practices Act, R.I.G.L. §§ 27-9.1-4(4), (5), (7), (8).

b. The actions and transactions constituting the alleged unfair method of competition or the unfair or deceptive act or practice occurred primarily and substantially within the Commonwealth of Massachusetts.

c. Plaintiff is engaged in trade or commerce.

d. Defendant is engaged in trade or commerce.

e. Plaintiff was damaged as a result of defendant's unfair and deceptive trade practice.

f. Defendant's commission of an unfair and deceptive trade practice was willful and knowing.

Vellano Bros., Inc.

By its attorneys,

/s/ William E. O'Gara
William E. O'Gara, Esq.
Pannone Lopes Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(401) 824-5117
Fax: (401) 824-5123

/s/ Deborah S. Griffin
Deborah S. Griffin, BBO #211460
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was filed electronically via ECF on this 22nd day of May, 2007.

/s/ William E. O'Gara

# 4253327_v1