UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VELLANO BROS., INC,<br><br>Plaintiff<br><br>v.<br><br>HANOVER INSURANCE COMPANY,<br><br>Defendant. | Civil Action 06-546T-LDA |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The Plaintiff, Vellano Bros., Inc. ("Vellano"), and Defendant, Hanover Insurance Company ("Hanover"), hereby jointly move the Court to modify the Scheduling Order for this case by extending the deadlines for completing discovery until October 12, 2007 and for filing a motion for summary judgment until November 9, 2007.

In support of this motion, the parties state:

1. The current discovery Closure Date in this matter is August 15, 2007 and the deadline for filing motions for summary judgment is twenty days from that date, September 5, 2007.

2. The parties are currently scheduled for a mediation on September 10, 2007, and are optimistic that the mediation will be successful in resolving this matter. But if the mediation is not successful, the parties wish to have the Court extend the deadlines for concluding discovery and for filing motions for summary judgment so that the triable issues may be so narrowed.

3. The parties are actively engaged in discovery and, in accordance with the Scheduling Order, have agreed amongst themselves to extend the deadline for discovery for a reasonable time in order to ensure that both parties will have an opportunity to conclude all necessary discovery in the event the case is not settled through mediation.

4. The requested extensions will permit the parties to fully explore the possibilities of settlement before expenditure of additional resources on discovery and summary judgment motions.

Accordingly, the parties respectfully request that the Court modify the Scheduling Order for this case by extending the deadlines for completing discovery until October 12, 2007 and for filing a motion for summary judgment until November 9, 2007.

Respectfully submitted,

**VELLANO BROS., INC.**
By its attorneys,

*/s/ William E. O'Gara*
William E. O'Gara, Esq.
Pannone Lopes Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
Tel: (401) 824-5117
Fax: (401) 824-5123

*/s/ Deborah S. Griffin*
Of Counsel:
Deborah S. Griffin, *pro hac vice*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

**HANOVER INSURANCE COMPANY**
By its attorneys,

*/s/ Ronald E. Ritland*
Kevin C. Cain, #3960
Ronald E. Ritland, *pro hac vice*
John P. Connelly, *pro hac vice*
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Tel: (617) 951-2100

Dated: August 15, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2007.

*/s/ Deborah S. Griffin*____