UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VELLANO BROS., INC. Plaintiff | : | |
| V. | : | C.A. No.: 06-546 T-LDA |
| HANOVER INSURANCE COMPANY Defendant | : | |

NOTICE OF CHANGE OF ADDRESS

Please be advised of new address for William E. O'Gara, Esq.

William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
317 Iron Horse Way
Suite 301
Providence, RI 02908
401-824-5100 (telephone)
401-824-5123 (facsimile)

Respectfully submitted,
PLAINTIFF

/s/ William E. O'Gara
William E. O'Gara, Esq.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
401-824-5100 (telephone)
401-824-5123 (facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the foregoing document was filed electronically via ECF on this 15th day of August, 2007.

Notice will be electronically mailed to:

Ronald Ritland, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Deborah S. Griffin, Esq.
Holland & Knight, LLP
10 St. James Street
Boston, MA 02116

/s/ William E. O'Gara