UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VELLANO BROS., INC.,<br>Plaintiff<br><br>v.<br><br>HANOVER INSURANCE COMPANY,<br>Defendant | CIVIL ACTION NO. 06-546T-LDA |

**HANOVER INSURANCE COMPANY'S REQUEST FOR SUMMARY JUDGMENT CONFERENCE**

Hanover Insurance Company ("Hanover") hereby requests a conference, pursuant to Paragraph 7 of this Court's Scheduling Order in this case dated May 23, 2007. Hanover intends to file a summary judgment motion based on its contention that the cause of action asserted by Vellano Bros., Inc. ("Vellano") in its amended complaint dated July 19, 2007 under two payment bonds which Hanover, as Surety, issued is barred pursuant to the terms and conditions of those bonds. Pursuant to the requirements of Paragraph 7 of the Scheduling Order, Hanover's Undisputed Facts is attached to this Request for Conference as Exhibit A. Hanover certifies that it has forwarded the Undisputed Facts to counsel for Vellano.

Accordingly, Hanover respectfully requests that this Court schedule a conference pursuant to Paragraph 7 of its Scheduling Order at the earliest possible date.

Respectfully submitted,
HANOVER INSURANCE COMPANY,
By its attorneys,

*/s/ Ronald E. Ritland*
Kevin C. Cain, #3960
John P. Connelly, pro hac vice
Ronald E. Ritland, pro hac vice
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: August 24, 2007

**CERTIFICATE OF SERVICE**

I, Ronald E. Ritland, hereby certify that on this 24th day of August 2007, the foregoing document was filed through the ECF System and will be sent electronically to the registered participants in this case and sent via first class mail to the non-registered participants, as identified on the Notice of Electronic Filing.

*/s/ Ronald E. Ritland*
Ronald E. Ritland

666937_1
2114-91630