UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VELLANO BROS., INC.,<br><br>Plaintiff<br>v.<br>HANOVER INSURANCE COMPANY,<br><br>Defendant | Civil Action 06-546T-LDA |

**VELLANO BROS., INC.'S OBJECTION TO HANOVER INSURANCE COMPANY'S REQUEST FOR SUMMARY JUDGMENT CONFERENCE**

Plaintiff, Vellano Bros., Inc. ("Vellano"), by its undersigned attorneys, hereby objects to the Request for Summary Judgment Conference ("Request") filed by Hanover Insurance Company ("Hanover"). Paragraph 7 of the Scheduling Order for this matter states in relevant part:

> Prior to requesting [a summary judgment conference], counsel for the proponent shall inform opposing counsel of the nature of the proposed motion and the "undisputed" facts upon which it is based. Counsel for the opponents shall inform counsel for the proponent whether, and to what extent, they oppose the motion and dispute the "facts" upon which the motion is based. Such discussion shall be initiated by counsel that proposes to file the motion who, by requesting a conference, will certify that he or she has complied with the provisions of this paragraph.

On August 24, 2007, Vellano's counsel received the Request through email from the Court's electronic filing system, after Hanover filed the Request with the Court. Counsel for Hanover never contacted counsel for Vellano and did not in any way initiate the required discussion between counsel "prior to" filing its Request; nor did counsel certify that he did so. He also did not afford Vellano Bros.' counsel the opportunity to inform counsel for Hanover whether, and to what extent, they oppose the motion and dispute the "facts" upon which the

motion is based. For this reason, Vellano Bros. respectfully requests that the Court not consider Hanover's Request until such time as the discussion required by the Scheduling Order occurs.

Respectfully submitted,

VELLANO BROS., INC.

By its attorneys,

*/s/ William E. O'Gara*
William E. O'Gara, Esq.
Pannone Lopes Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
Tel: (401) 824-5117
Fax: (401) 824-5123

*/s/ Deborah S. Griffin*
Deborah S. Griffin, Esq. (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

Dated: August 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2007, I served a copy of Vellano Bros. Inc.'s Objection to Hanover Insurance Company's Request for Summary Judgment Conference via electronic filing upon all counsel of record.

*/s/Deborah S. Griffin*
Deborah S. Griffin

# 4768046_v1
110880.00002