UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

VELLANO BROS., INC,

Plaintiff

v.

HANOVER INSURANCE COMPANY,

Defendant.

Civil Action 06-546T-LDA

**STIPULATION OF DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1) the parties hereby stipulate to the dismissal of this action with prejudice and without costs.

Respectfully submitted,

**VELLANO BROS., INC.**
By its attorneys,

*/s/ William E. O'Gara*
William E. O'Gara, Esq.
Pannone Lopes Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
Tel: (401) 824-5117
Fax: (401) 824-5123

*/s/ Deborah S. Griffin*
Of Counsel:
Deborah S. Griffin, *pro hac vice*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

**HANOVER INSURANCE COMPANY**
By its attorneys,

*/s/ Ronald E. Ritland*
Kevin C. Cain, #3960
Ronald E. Ritland, *pro hac vice*
John P. Connelly, *pro hac vice*
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
Tel: (617) 951-2100
Fax: (617) 951-2125

Dated: October 4, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 4, 2007.

*/s/ Deborah S. Griffin*____